**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANDREW AND LAURA TIMM,<br><br>                Plaintiff,<br><br>v.<br><br>STEARNS BANK N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; AND TRANS UNION LLC,<br><br>                Defendants. | **Case No.:** 0-20-cv-02375-JRT-LIB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

NOTICE IS HEREBY GIVEN that Plaintiffs Andrew and Laura Timm and Defendant Equifax Information Services, LLC ("Equifax") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file the dismissal papers within the next sixty (60) days. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

| | |
|---|---|
| Dated: January 27, 2021 | By: *s/Jenna Dakroub*<br>Jenna Dakroub<br>Bar Number: 385021<br>**Price Law Group**<br>8425 N. 85th Way<br>Scottsdale, AZ 85258<br>E: jenna@pricelawgroup.com<br>Telephone: (818) 600-5513<br>Fax: (818) 600-5413<br>*Attorneys for Plaintiff*<br>*Andrew and Laura Timm* |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                                                          */s/Diego Sanchez*