# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW AND LAURA TIMM,<br><br>        Plaintiff,<br><br>v.<br><br>STEARNS BANK N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; AND TRANS UNION LLC,<br><br>        Defendants. | **Case No.:** 0:20-cv-02375-JRT-LIB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiffs Andrew and Laura Timm, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Trans Union LLC with prejudice.

Respectfully submitted this 24th day of February 2021.

                                                              */s/ Jenna Dakroub*
                                                              Jenna Dakroub
                                                               Bar Number: 385021
                                                               Price Law Group
                                                               8425 N. 85th Way
                                                               Scottsdale, AZ 85258
                                                               E: jenna@pricelawgroup.com
                                                               Telephone: (818) 600-5513
                                                               Fax: (818) 600-5413
                                                               *Attorneys for Plaintiffs*
                                                               *Andrew and Laura Timm*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Diego Sanchez*
