# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANDREW AND LAURA TIMM, | Civil No. 20-2375 (JRT/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| STEARNS BANK N.A., et al | |
| Defendants, | |

_____

Jenna Dakroub, **PRICE LAW GROUP, APC,** 8245 N. 85th Way, Scottsdale, AZ 85258, for plaintiffs.

Eric S Johnson, **FRYBERGER, BUCHANAN, SMITH & FREDERICK, PA,** 302 West Superior Street, Suite 700, Duluth, MN 55802, for defendant Stearns Bank N.A.

The parties filed a stipulation of dismissal with prejudice as to Plaintiffs' claims against Defendant Stearns Bank N.A. [ECF No. 53]

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that Defendant Stearns Bank N.A. is hereby dismissed from this matter with prejudice and with each party to bear its own costs.

DATED: April 21, 2021  
at Minneapolis, Minnesota.

                                                                                            s/John R. Tunheim  
                                                                                          JOHN R. TUNHEIM  
                                                                                               Chief Judge  
                                                               United States District Court