# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Andrew Timm, Laura Timm | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-2375 JRT/LIB |
| Equifax Information Services, LLC, Experian Information Solutions, Inc | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 6/30/2021                                                                                           KATE M. FOGARTY, CLERK